

```
DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA  95614
TEL:  916/207-6706 | FAX:  888/552-2503
Plaintiff and Debtor-in-Possession

TERI ANNE EDSTROM
935 LINCOLN WAY #213
AUBURN CA, 95603
TEL: 916/207-4412
Plaintiff
```

**FILED**
MAR 1 3 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>Debtor-in-possession.<br>_____<br><br>DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an invidual,<br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company, et al<br><br>Defendants. | CASE NO. 12-29353<br><br>CHAPTER 11<br><br>A.P. NO. 12-02546-B<br><br>**PROOF OF SERVICE**<br><br>Hearing:<br>Date: March 20, 2013<br>Time: 11:00 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

### DECLARATION OF SERVICE

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, David Silber, declare:

I am not a party to this action, and my employment address is:

240 Commercial Street, Suite A, Nevada City, CA 95959

---

-1-

PROOF OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. NDeX: A.P. No. 12-02546-B

On 3/8/2013, I served:
1. **PLAINTIFFS' PRE-TRIAL STATEMENT;**

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

__XX__ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day from Auburn, California, addressed as follows:

*SEE ATTACHED LISTING*

____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

__XX__ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents to be transmitted by electronic email device with from email address david.silber@live.com this same date to the offices of the following:

*SEE ATTACHED LISTING*

_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following:

I, David Silber, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/13/2013

By: __David Silber__ _(signature)_
Declarant (name and signature)

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
Email: ThomasA@BDFGroup.com