

1  DANIEL MAJOR EDSTROM
2  2690 BROWN BEAR COURT
   COOL, CA 95614
3  TEL: 916/207-6706 | FAX: 888/552-2503
   Plaintiff and Debtor-in-Possession
4
5  TERI ANNE EDSTROM
   935 LINCOLN WAY #213
6  AUBURN CA, 95603
   TEL: 916/207-4412
7  Plaintiff

8

# UNITED STATES BANKRUPTCY COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

### SACRAMENTO DIVISION

11

| | |
|---|---|
| 12  In re DANIEL MAJOR EDSTROM, | CASE NO. 12-29353 <br> CHAPTER 11 |
| 13  Debtor-in-possession. | DC NO. DME-1 <br> A.P. NO. 12-02546-B |
| 14 | |
| 15  DANIEL MAJOR EDSTROM, an individual, <br> 16  and TERI ANNE EDSTROM, an individual, <br>   Plaintiffs, <br> 17  v. <br> 18 <br> 19  NDEX WEST, LLC, a Delaware limited <br>   liability company, et al <br> 20  Defendants. <br> 21 <br> 22 <br> 23 <br> 24 <br> 25 | **PLAINTIFF'S JOINT SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS AMENDED OPPOSITION FILED ON MARCH 13, 2013 TO DEFENDANT NDEX WEST, LLC's MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing: <br> Date: March 19, 2013 <br> Time: 9:32 a.m. <br> Ctrm.: 32 <br> Hon. Thomas C. Holman <br> 501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

26  We, DANIEL MAJOR EDSTROM and TERI ANNE EDSTROM, declare:

27

28

-1-

1. We are Plaintiff's in the above-entitled action. We have personal knowledge of the matters set forth herein. If called upon to testify as to these matters, we could and would competently testify to these matters.

2. We filed an ex-parte application for order extending for sixty days the deadline for replying to defendant NDeX west, LLC's Motion for Summary Judgment ("**MSJ**") on February 19, 2013. On March 8, 2013 the Court denied this application. Out of an abundance of caution we hurriedly put in an attempt to answer the MSJ and filed our opposition on Monday, March 4, 2013, with additional supplements on March 8, 2013. The filed responses show the hurried nature and contain numerous errors, including the failure to include document control numbers. This amendment includes new filings of each previously filed document and now each document contains a document control number. Additionally we have made substantial changes to the Notice and Opposition to Motion of Defendant NDeX West, LLC for Summary Judgment Pursuant to Fed. Bank R. P. 7056, Fed. R. Civ. P. 56(b), (d)(1). We have added the Table of Contents and Table of Authorities for our Memorandum of Points & Authorities.

We declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct. Executed this 13th day of March 2013, at Auburn, California, County of Placer.

      /s/ Daniel Edstrom
      DANIEL EDSTROM, declarant

      /s/ Teri Edstrom
      TERI EDSTROM, declarant