

```
 1  DANIEL MAJOR EDSTROM
 2  2690 BROWN BEAR COURT
    COOL, CA  95614
 3  TEL:  916/207-6706 | FAX:  888/552-2503
    Plaintiff and Debtor-in-Possession
 4
 5  TERI ANNE EDSTROM
    935 LINCOLN WAY #213
 6  AUBURN CA, 95603
    TEL: 916/207-4412
 7  Plaintiff
```

FILED
MAR 1 3 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>　　Debtor-in-possession.<br><br>―――――――――――――――――――<br><br>DANIEL MAJOR EDSTROM, an individual,<br>and TERI ANNE EDSTROM, an individual,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited<br>liability company, et al<br><br>　　　　　　Defendants. | CASE NO. 12-29353<br>CHAPTER 11<br>DC NO. DME-1<br>A.P. NO. 12-02546-B<br><br>**PLAINTIFF'S JOINT SUPPLEMENTAL DECLARATION IN SUPPORT OF PLAINTIFFS AMENDED OPPOSITION TO DEFENDANT NDEX WEST, LLC's MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:<br>Date: March 19, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento,<br>California 95814, Tel.: (916) 930-4473 |

We, DANIEL MAJOR EDSTROM and TERI ANNE EDSTROM, declare:

-1-
DECLARATION OF DANIEL EDSTROM

1. We are Plaintiff's in the above-entitled action. We have personal knowledge of the matters set forth herein. If called upon to testify as to these matters, we could and would competently testify to these matters.

2. We filed an ex-parte application for order extending for sixty days the deadline for replying to defendant NDeX west, LLC's Motion for Summary Judgment ("**MSJ**") on February 19, 2013. As of March 7, 2013 we have not received a ruling on this application. Our of an abundance of caution hurriedly put in an attempt to answer the MSJ and filed our opposition on Monday, March 4, 2013. The filed response shows the hurried nature and contains numerous errors, including numerous scrivener's errors. We also failed to file our opposition to the declaration of Ric Juarez.

3. With this declaration we submit an amended Memorandum of Point and Authorities, Plaintiff's Amended separate statement of undisputed material facts in support of its opposition to defendants motion for summary judgment.

4. A Motion for Summary Judgment is very complex and our ability to respond without additional time is significantly prejudicial.

5. We will continue to file documents in opposition without knowing if the hearing has been changed or not, possibly until the actual hearing date.

6. We ask the court for permission to depose Ric Juarez and Aaron W. Brown in order to supplement our response. The Ric Juarez declaration raises more issues, as does the inclusion of the Notice of Default signed by Aaron W. Brown.

7. We also are submitting Written Discovery specifically in response to the Motion for Summary Judgment.

8. In light of the request for depositions and the written discovery, we require more time to respond.

9. Daniel Major Edstrom filed Chapter 11 bankruptcy on May 15, 2012 in the Eastern District of California, Sacramento Division (Case # 12-29353-B-11). The Bankruptcy Court set a bar date of September 19, 2012 as the last date for a creditor to file a Proof of Claim.

1 US Bank, NA as Trustee failed to file a Proof of Claim by the bar date. To date US Bank, NA as Trustee has not filed a Proof of Claim.

10. US Bank, NA as Trustee does not exist and is not identifiable

11. US Bank, NA as Trustee does not identify any trust

12. No trust instrument has been identified.

13. We do not owe a debt of any amount to US Bank, NA as Trustee

14. We have never owed a debt of any amount to US Bank, NA as Trustee

15. US Bank, NA as Trustee is not a party to the Note dated 9/7/2005, the Deed of Trust dated 9/7/2005, the Substitution of Trustee dated 1/26/2009, the Assignment dated 2/6/2009, nor is US Bank, NA as Trustee a 3rd party beneficiary of any of these documents..

16. While US Bank, NA as Trustee is a party to the Assignment of Deed of Trust dated 7/7/2009, this assignment was done by a party who had previously disposed of their interest through the Assignment of Deed of Trust dated 2/6/2009. Again US Bank, NA as Trustee does not exist and is not identifiable.

17. Previous to the execution of the Assignment of Deed of Trust dated 7/7/2009, the grantor had conveyed the same estate, right, title or interest to another person other than the grantee of the Assignment of Deed of Trust dated 7/7/2009.

18. The assignor and grantor identified as Mortgage Electronic Registration Systems, Inc. as nominee for Mortgage Electronic Registration Systems, Inc. attempted to assign, grant and transfer their interest and/or rights twice to two different entities in the Assignments dated 2/6/2009 and 7/7/2009.

19. The Motion for Relief from Stay filed on or around 9/25/2009 in our Chapter 7 bankruptcy contained a declaration by Teressa J. Williams (the "Williams declaration") of America's Servicing Company (also known as Wells Fargo Bank, NA) whereby she stated under penalty of perjury that she has knowledge "regarding US Bank National Association as Trustee by Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact's ("Movant") interest in the real property that is the subject of this Motion. (the Motion for

-3-

DECLARATION OF DANIEL EDSTROM

Relief from Stay). She stated "A true and correct copy of the Note is attached to the concurrently served and filed Exhibits to the Declaration in Support of Motion for Relief From Automatic Stay ("Exhibits") as exhibit A and incorporated herein by reference." She then went on to say "Movant is the current owner of the note and is entitled to enforce the provisions of the Note and Deed of Trust.", and "Movant qualifies as the Note holder with standing to prosecute the instant Motioin as Lender specially indorsed the Note to Movant and Movant is currently in rightful possession of the specially indorsed Note."

20. The Williams declaration was executed on September 16, 2009.

21. Defendants and the parties coming before this court have maintained that the creditor / beneficiary was US Bank National Association as Trustee by Residential Funding Company, LLC FKA Residential Funding Corporation Attorney in Fact and not US Bank, NA as Trustee.

22. These competing claims, among many others, have never been decided.

23. We do not admit that the note dated 9/7/2005 is legally sufficient or that it evidences any obligation owed by us.

24. We do not admit that the Deed of Trust dated 9/7/2005 is legally sufficient or is incidental to any evidence of an obligation given by us.

25. Wells Fargo Bank, NA is not a party to the Note dated 9/7/2005, the Deed of Trust dated 9/7/2005, the Substitution of Trustee dated 1/26/2009, the Assignment dated 2/6/2009, the Assignment of Deed of Trust dated 7/7/2009, nor is Wells Fargo Bank, NA a 3rd party beneficiary of any of these documents.

26. NDeX West, LLC is not a party to the Note dated 9/7/2005, the Deed of Trust dated 9/7/2005, the Assignment dated 2/6/2009, the Assignment of Deed of Trust dated 7/7/2009, nor is NDeX West, LLC a 3rd party beneficiary of any of these documents.

27. NDeX West, LLC is a party to the Substitution of Trustee dated 1/26/2009, however this document was signed by a stranger to the transaction who does not exist and is not identifiable.

DECLARATION OF DANIEL EDSTROM

1  ///

2  ///

3  ///

4  ///

5  ///

6        We declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct. Executed this 13th day of March 2013, at Auburn, California, County of Placer.

                                                /s/ Daniel Edstrom
                                                DANIEL EDSTROM, declarant

                                                /s/ Teri Edstrom
                                                TERI EDSTROM, declarant