

FILED

MAR 1 3 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1 DANIEL MAJOR EDSTROM
2 2690 BROWN BEAR COURT
COOL, CA 95614
3 TEL: 916/207-6706 | FAX: 888/552-2503
Plaintiff and Debtor-in-Possession
4

5 TERI ANNE EDSTROM
935 LINCOLN WAY #213
6 AUBURN CA, 95603
TEL: 916/207-4412
7 Plaintiff

8              UNITED STATES BANKRUPTCY COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                    SACRAMENTO DIVISION
11

| | |
|---|---|
| 12    In re DANIEL MAJOR EDSTROM, | CASE NO. 12-29353 |
| 13       Debtor-in-possession. | CHAPTER 11 <br> DC NO. DME-1 <br> A.P. NO. 12-02546-B |
| 14 | |
| 15    DANIEL MAJOR EDSTROM, an individual, <br> and TERI ANNE EDSTROM, an invididual, <br> 16          Plaintiffs, <br> 17    v. <br> 18 <br> NDEX WEST, LLC, a Delaware limited <br> 19    liability company, et al <br> 20          Defendants. | **PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT** <br><br> Hearing: <br> Date: March 19, 2013 <br> Time: 9:32 a.m. <br> Ctrm.: 32 <br> Hon. Thomas C. Holman <br> 501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

-1-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN
SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

## Table of Contents

SEPARATE STATEMENT [BANKR.. E.D. Cal. L.R. 7056-1(a)] ................................................. 3

   I. SUMMARY JUDGMENT, PARTIAL SUMMARY JUDGMENT AND ALL CAUSES OF ACTION. ............................................................................................................................. 3

# SEPARATE STATEMENT [BANKR.. E.D. Cal. L.R. 7056-1(a)]

Pursuant to Bankr. E.D. Cal. L.R. 7056-1(a), Plaintiffs Daniel Major Edstrom and Teri Anne Edstrom submits this separate statement of undisputed material facts (individually "UDF No. __"), together with references to supporting evidence, in support of its opposition to Defendant NDeX West, LLC's motion for summary judgment or, alternatively, partial summary judgment against debtor/plaintiff Daniel Major Edstrom & plaintiff Teri Anne Edstrom.

Amended undisputed facts start at UDF 24. Previous UDF's 1-23 were not changed.

## I. SUMMARY JUDGMENT, PARTIAL SUMMARY JUDGMENT AND ALL CAUSES OF ACTION.

| UDF No. | Responding Party's Undisputed Material Facts & Evidence | Moving Party's Responses |
|---|---|---|
| 1. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 with no authority<br>Evidence: Daniel Edstrom Decl. and Opposition to RFJN Ex. 2. Request for Admissions No.'s 10, 11 and 23. Discovery: Prod. Of Docs Bates Stamped 1001/1002. Edstrom Evidentiary Objections. | |
| 2. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE could not have become the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded.<br>Evidence: Opposition to RFJN Ex. 5. Decl. of Edstrom. | |
| 3. | The trustee under the Deed of Trust cannot be NDeX.<br>Evidence: Opposition to RFJN Ex. 3. Decl. of Edstrom. Edstrom Evidentiary Objections. | |
| 4. | NDeX acted as Plaintiffs' loan servicer.<br>Evidence: Daniel Edstrom Decl. | |

-3-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 5. | NDeX did not receive Plaintiffs' foreclosure referral in December 2008 from the beneficiary.<br>Evidence: Daniel Edstrom Decl. Discovery: Prod. Of Docs Batest stamp No.'s 10, 11, 23. Plaintiffs RFJN Ex. 3, 5, 6, 7, 8, 9, 10, 11, 12. | |
| 6. | NDeX has attempted to collect payments from Plaintiffs.<br>Evidence: Daniel Edstrom Decl. | |
| 7. | Plaintiffs property was sold at a Trustee's sale on 12/16/2009.<br>Evidence: Daniel Edstrom Decl. Discovery: Prod. Of Docs Bates stamp No.'s 1369, 1370. | |
| 8. | A restraining order was in place at the time Plaintiffs property was sold on 12/16/2009.<br>Evidence: Discovery: Prod. Of Docs Bates Stamp 1356-1361 | |
| 9. | NDeX West, LLC had notice of the restraining order before the Plaintiffs property was sold on 12/16/2009.<br>Evidence: Discovery: Prod of Docs Bates Stamp 1356-1361 | |
| 10. | NDeX West, LLC rescinded the trustee's sale on 12/16/2009.<br>Evidence: Discovery: Prod of Docs Bates Stamp 1377-1378 | |
| 11. | NDeX West, LLC never recorded a Trustee's Deed Upon Sale for the 12/16/2009 trustee's sale.<br>Evidence: Discovery: Prod of Docs Bates Stamp 1377-1378 | |
| 12. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Daniel Edstrom Decl. | |
| 13. | **With respect** to Plaintiffs' loan, NDeX is not a authorized to act only as a limited signatory agent to sign & record the Notice of Default.<br>Evidence: Daniel Edstrom Decl. | |

-4-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 14. | **With respect** to Plaintiffs' loan, NDeX is not a authorized to act as foreclosure trustee.<br>Evidence: Daniel Edstrom Decl. | |
| 15. | **As trustee,** NDeX does not receive its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Daniel Edstrom Decl. | |
| 16. | NDeX can decide by itself to foreclose.<br>Evidence: Daniel Edstrom Decl. Plaintiff RFJN Ex.'s 3, 5, 6, 7, 8, 9, 10, 11, 12 | |
| 17. | In conducting Plaintiffs' non judicial foreclosure, NDeX acted in bad faith, on information provided by the loan servicer.<br>Evidence: Daniel Edstrom Decl. Discovery: Prod. Of Docs Bates stamped document 1001. Discovery: Rqst for Admissions (all) and No.'s 10, 11, 23. | |
| 18. | Plaintiffs loan dated 8/10/2004 was paid to the wrong party (Ocwen Loan Servicing, LLC) and payment was not sent to New Century Mortgage Corp.<br>Evidence: Daniel Edstrom Decl. Plaintiffs RFJN Ex. 4. Daniel Edstrom Decl. Ex. 1, 2. | |
| 19. | Plaintiffs 9/7/2005 loan closing included lenders closing instructions stating that Residential Funding Corporation had a security interest in the funds advanced to fund the loan and in the mortgage loan that results from that funding.<br>Evidence: Daniel Edstrom Decl. | |
| 20. | Mortgage Electronic Registration Systems, Inc. was the beneficiary of record for the 9/7/2005 Deed of Trust.<br>Plaintiff RFJN Ex. 3 | |

| # | | |
|---|---|---|
| 21. | NDeX West, LLC first learned from America's Servicing Company that the beneficiary should be US Bank National Association as Trustee on or about April 7, 2009 or April 8, 2009.<br>Evidence: Discovery: Prod. Of Docs Bates stamp 1209 | |
| 22. | US Bank, NA as Trustee was not the beneficiary on 1/26/2009 when the Substitution of Trustee was executed<br>Evidence: Plaintiff RFJN Ex. 6, 7, 8, 9, 10, 11, 12. | |
| 23. | Defendant and Counsel used irrelevant inflammatory rhetoric in the Memorandum of Points Authorities, willfully choosing to ignore court authority.<br>Evidence: Plaintiffs RFJN No. 13 (footnote 7 on page 9). Defendants MSJ: Memo of P&A's (section "I. Introduction"). | |
| | ***Amended items*** | |
| 24. | US Bank, NA as Trustee has not filed a Proof of Claim in the Chapter 11 Bankruptcy for Daniel Major Edstrom in the Eastern District of CA, Sacramento Division, Case # 12-29353-B-11 (filed on 5/15/2012).<br>Evidence: Plaintiff's joint supplemental declaration ¶ 9. | |
| 25. | Plaintiffs do not owe a debt to US Bank, NA as Trustee.<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 9 through 16 | |
| 26. | Plaintiffs have never entered into any contract with Wells Fargo Bank, NA<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 19 through 25 | |
| 27. | Wells Fargo Bank, NA is not a 3rd party beneficiary of Plaintiff's note dated 9/7/2005<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 19 through 25 | |

-6-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| # | Fact | |
|---|------|---|
| 28. | Wells Fargo Bank, NA is not a 3rd party beneficiary of Plaintiff's Deed of Trust dated 9/7/2005<br>Evidence: Plaintiff's joint supplemental declaration ¶¶ 19-25 | |
| 29. | Wells Fargo Bank, NA is not a 3rd party beneficiary of the substitution of trustee dated 1/26/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶¶ 19-25 | |
| 30. | Wells Fargo Bank, NA is not a 3rd party beneficiary of the assignment of Deed of Trust dated 2/6/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 19 through 25 | |
| 31. | Wells Fargo Bank, NA is not a 3rd party beneficiary of the assignment of Deed of Trust dated 7/7/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 19 through 25 | |
| 32. | NDeX West, LLC is not a 3rd party beneficiary of the note dated 9/7/2005<br>Evidence: Plaintiff's joint supplemental declaration ¶ 26. | |
| 33. | NDeX West, LLC is not a 3rd party beneficiary of the Deed of Trust dated 9/7/2005<br>Evidence: Plaintiff's joint supplemental declaration ¶ 26 | |
| 34. | NDeX West, LLC is not a 3rd party beneficiary of the Substitution of Trustee dated 1/26/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶ 27 | |
| 35. | NDeX West, LLC is not a 3rd party beneficiary of the Assignment of Deed of Trust dated 2/6/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶ 26 | |

-7-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 36. | NDeX West, LLC is not a 3rd party beneficiary of the Assignment of Deed of Trust dated 7/7/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶ 26 | |
| 37. | US Bank, NA as Trustee is not a 3rd party beneficiary of the Deed of Trust<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 9 through 22 | |
| 38. | Previous to the execution of the Assignment of Deed of Trust dated 7/7/2009, the grantor had conveyed the same estate, right, title or interest to another person other than the grantee of the Assignment of Deed of Trust dated 7/7/2009<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 17 and 18. | |
| 39. | US Bank, NA as Trustee does not exist and is not identifiable<br>Evidence: Plaintiff's joint supplemental declaration ¶ 12. | |
| 40. | The purported trust of which US Bank, NA has allegedly been appointed as Trustee does not exist and is not identifiable<br>Evidence: Plaintiff's joint supplemental declaration ¶¶'s 10, 11 and 12. | |
| 41. | Numerous entities are making competing claims of ownership of the note and Deed of Trust dated 9/7/2005<br>Evidence: Plaintiff's joint supplemental declaration ¶ 20. | |

Dated this 13th day of March, 2013

                                            /s/ Daniel Edstrom
                                            DANIEL EDSTROM,
                                            Plaintiff and Debtor-in-possession


                                            /s/ Teri Edstrom
                                            TERI EDSTROM,
                                            Plaintiff

-8-
PLAINTIFFS AMENDED SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF ITS OPPOSITION TO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT