



FILED
MAR 1 3 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706 | FAX: 888/552-2503
Plaintiff and Debtor-in-Possession

TERI ANNE EDSTROM
935 LINCOLN WAY #213
AUBURN CA, 95603
TEL: 916/207-4412
Plaintiff

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>Debtor-in-possession. | CASE NO. 12-29353<br>CHAPTER 11<br>DC NO. DME-1<br>A.P. NO. 12-02546-B |
| DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company, et al<br><br>Defendants. | **TABLE OF CONTENTS AND AUTHORITIES FOR MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF PLAINTIFFS OPPOSITION TO MOTION OF DEFENDANT NDEX WEST, LLC FOR SUMMARY JUDGMENT**<br><br>Hearing:<br>Date: March 19, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

# TABLE OF CONTENTS

PAGE NO.


I. INTRODUCTION .......... 1

II. SUMMARY OF UNDISPUTED MATERIAL FACTS PROFERRED BY NDeX .......... 1

A. NDeX Involvement in the Loan Transaction .......... 1

B. The Alleged Facts .......... 2

C. Judicially Noticeable Facts .......... 16

D. NDeX use of a large number of case references .......... 16

III. LAW & ANALYSIS .......... 17

IV. CONCLUSION .......... 25

# TABLE OF AUTHORITIES

**CASES** **PAGE NO.**

Adams v. Madison Realty & Dev., Inc.
853 F.2d 163, 168 (3d Cir. N.J. 1988) ........ 10

Alexander v. Hammarberg
103 Cal. App. 2d 872 [230 P.2d 399] (1951) ........ 8

Alliance Mortgage Co. v. Rothwell
10 Cal.4th 1226, 1235(1995) ........ 2

Angell v. Superior Court (Verdugo Trustee Service Corp.)
73 Cal. App. 4th 691 [86 Cal Rptr. 2d 657(1999) ........ 14

Angell v. Superior Court (Verdugo Trustee Service Corp.)
73 Cal. App. 4th 691 [86 Cal Rptr. 2d 657] (1999) ........ 7

Bailey v. Comm'r
912 F2d 44, 47 (2d Cir. 1990) ........ 9

Baypoint Mortgage Corp. v. Crest Premium Real Estate etc. Trust
168 Cal.App.3d 818, 827, 830, 214 Cal.Rptr. 531(1985) ........ 24

Birkhofer v. Krumm
27 Cal.App.2d 513, 523–524, 81 P.2d 609(1938) ........ 25

Burnet v. Harmel,
287 U.S. 103, 110 (1932) ........ 9

City of Los Angeles v. Morgan
105 Cal. App. 2d 726 (1951) ........ 7, 14

DeBrunner v. Deutsche Bank Nat'l Trust
204 Cal. App. 4th 433, 444, 138 Cal. Rptr. 3d 830, 838 (Cal. Ct. App. 2012) ........ 14

Dept. of Public Welfare v. Davenport,
495 U.S. 552, 559 (1990) ........ 11

Dimock v. Emerald Properties LLC,
81 Cal. App. 4th 868 ........ 7

Fleming v. Pickard
581 F.3d 922, 925 (9th Cir. 2009). ........ 17

## TABLE OF AUTHORITIES

**CASES** **PAGE NO.**

Flora v. Home Fed'l Sav. & Loan Ass'n
685 F.2d 209, 211 (7th Cir. 1982) .......... 18

Fontenot,
198 Ca. App. 4th at 267, 129 Cal. Rptr. 3d 467 .......... 14

General Conference Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church,
887 F.2d 228, 230 (9th Cir. 1989) .......... 18

Generes v. Justice Court
106 Cal.App. 3d 678(1980) .......... 7

Grodt & McKay Realty, Inc. v. Comm'r
77 T.C. 1221, 1237 (1981) .......... 9

Harris v. United States Fid. & Guar. Co., Inc.
655 F.2d 850, 852 (5th Cir. 1978). .......... 18

Hayward Lbr. & Invest. Co. v. Corbett
138 Cal.App. 644, 650, 33 P.2d 41(1934) .......... 25

Helvering v. Lazarus & Co.
308 U.S. 252, 255 (1939) .......... 9

In re Kemp, 440 B.R.
624 (Bkrtcy D.N.J. 2010), .......... 9, 10, 14

In re Marriage of Dekker
17 Cal. App. 4th 842 [21 Cal.Rptr.2d 642] (1993) .......... 8

International Engine Parts, Inc. v. Feddersen & Co.
64 Cal. App. 4th 345 [75 Cal. Rptr. 2d 178 (1998) .......... 8

Jackson v. County of Los Angeles
60 Cal. App. 4th 171 .......... 8

Johnson v. Rowley
569 F.3d 40, 43-44 (2nd Cir. 2009) .......... 17

Kachlon v. Markowitz
168 CA4th 316, 85 CR3d 532 (2008) .......... 5

# TABLE OF AUTHORITIES

**CASES** **PAGE NO.**

Keystone Driller Co. v. General Excavator Co.
290 U.S. 240 (1933)....................19

Law Offices of Ian Herzog v. Law Offices of Joseph M. Fredrics
61 Cal. App. 4th 672, 678-679 [71 Cal.Rptr.2d 771 (1998)....................8

Little v. CFS Service Corp.
188 Cal.App.3d at p. 1359....................8

Miller v. Cote
127 Cal.App.3d 888, 894, 179 Cal.Rptr. 753(1982)....................24

Nat'l Retail Dev. Partners I, LLC v. Maness
(In re Mortgs. LTD)
405 B.R, 669 (Bankr. D. Ariz. 2009)....................14

Nguyen v. Calhoun
105 Cal.App.4th 428, 438 (2003). ....................2

People v. Baender
68 Cal.App. 49 (1924) ....................7

People v. Campos
38 Cal.Rptr.2d 113, 32 Cal.App.4th 304 (App. 2 Dist. 1995)....................4

Prilliman v. United Air Lines, Inc.
53 Cal. App. 4th 935, 937 [62 Cal.Rptr.2d 142] (1997)....................8

Rissetto v. Plumbers and Steamfitters Local 343
94 F.3d 597, 601(9th Cir. 1996) ....................8

Rowena F. Cockerell v. Title Insurance and Trust Company
42 Cal.2d 284 (1954) ....................21

Russell v. Rolfs
893 F.2d 1033 ....................8

StorMedia
20 Cal.4th 457....................5

System Inv. Corp. v. Union Bank
21 Cal.App.3d 137, 152–153, 98 Cal.Rptr. 735 (1971)....................25

# TABLE OF AUTHORITIES

**CASES** **PAGE NO.**

Wager v. Pro
575 F.2d 882, 884 (D.C. Cir. 1976). ....18

Walker v. Phillips
205 Cal. App. 2d 26 (Cal. App. 2d Dist. 1962). ....14

Wolfe v. Lipsy (App. 2 Dist. 1985)
209 Cal.Rptr. 801, 163 Cal.App.3d 633. Quieting Title 34(5) ....7, 14

## STATUTES

Cal. Civ. Code § 1066 ....2
Cal. Civ. Code § 1442 ....24
Cal. Civ. Code § 2300, the Agency statutes ....6
Cal. Civ. Code § 2924 ....4, 5, 6, 9, 14, 16, 19, 21, 24

Cal. Code of Civ. Proc. § 462 ....20
Cal. Code of Civ. Proc. § 437 ....6, 7, 17, 20
Cal. Code of Civ. Proc. § 689 ....20

Cal. Comm. Code § 3104 ....11
Cal. Comm. Code § 3201. Article III ....12
Cal. Comm. Code § 3203(a). ....12
Cal. Comm. Code § 3203(b), ....12
Cal. Comm. Code § 3302 ....12
Cal. Comm. Code §3305 ....13
Cal. Comm. Code §3602 ....5

Cal. Evid. Code § 1271 ....6
Cal. Evid. Code § 452, 453 ....16

Cal. Gov't Code § 27201 ....22
Cal. Gov't Code § 27201, 27282, 27285, 27286, 27287, 27288, 27289 ....7
Cal. Gov't Code § 27201, 2924 ....14

California Government Code §27201 ....11

Cal. Penal Code §115 ....6, 7

# TABLE OF AUTHORITIES

**CASES** **PAGE NO.**

## OTHER AUTHORITIES

West's Ann.Cal.Evid.Code § 1280 § 1280 ........ 4

## RULES

California Rules of Court § 3.1350 (c)(4) ........ 17
California Rules of Court § 3.1350(b) ........ 17
11 U.S.C. § 101(10)(A), ........ 11
28 U.S.C. § 2201 ........ 18
Bankr. Rule 4007(a) ........ 13
IRS Rule 860D(a)(4), ........ 14

## TREATISES

Gilberts' Law Summary on Trusts, 13th Ed. § 442 ........ 5, 14