FILED

MAR 1 3 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1
2
3
4

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA  95614
TEL:  916/207-6706 | FAX:  888/552-2503
Plaintiff and Debtor-in-Possession

5
6
7

TERI ANNE EDSTROM
935 LINCOLN WAY #213
AUBURN CA, 95603
TEL: 916/207-4412
Plaintiff

8

## UNITED STATES BANKRUPTCY COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

## SACRAMENTO DIVISION

11
12
13
14

In re DANIEL MAJOR EDSTROM,

    Debtor-in-possession.

15
16
17
18

DANIEL MAJOR EDSTROM, an individual,
and TERI ANNE EDSTROM, an individual,
        Plaintiffs,

  v.

19
20
21
22
23

NDEX WEST, LLC, a Delaware limited
liability company, et al

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 12-29353
CHAPTER 11
DC NO. DME-1
A.P. NO. 12-02546-B

**PLAINTIFFS RESPONSE TO
DEFENDANTS SEPARATE
STATEMENT OF UNDISPUTED
MATERIAL FACTS IN SUPPORT OF
DEFFENDANTS MOTION FOR
SUMMARY JUDGMENT**

Hearing:
Date: March 19, 2013
Time: 9:32 a.m.
Ctrm.: 32
Hon. Thomas C. Holman
501 I Street, 6th Floor, Sacramento,
California 95814, Tel.: (916) 930-4473

24
25
26
27
28

1

2
# Table of Contents

3   I.     SUMMARY JUDGMENT. ..................................................................................3

4   II.    PARTIAL SUMMARY JUDGMENT. ............................................................5

     A. ISSUE NO. 1:  Plaintiffs' 1st Cause of Action [to Quiet Title]...............5

     B. ISSUE NO. 2:  Plaintiffs' 2nd Cause of Action [For Temporary Restraining Order & Preliminary Injunction]...................................................................8

     C. ISSUE NO. 3:  Plaintiff's 3rd Cause of Action [For Cal. Civ. Proc. Code § 2923.6 Violation]...........................................................................................11

     D. ISSUE NO. 4:  Plaintiffs' 4th Cause of Action [For Fraud]................................14

     E. ISSUE NO. 5:  Plaintiffs' 5th Cause of Action [For Declaratory Relief]. ...........16

     F. ISSUE NO. 6:  Plaintiffs' 6th Cause of Action [For Intentional Misrepresentation].............19

     G. ISSUE NO. 7:  Plaintiffs' 7th Cause of Action [For Violation of the Rosenthal Fair Debt Collection Act].........................................................................................22

     H. ISSUE NO. 8:  Plaintiffs' 8th Cause of Action [For Cal. Bus. & Prof. Code § 17200 et seq. Violation]....................................................................................25

     I. ISSUE NO. 9:  Plaintiffs' 9th Cause of Action [For Cal. Bus. & Prof. Code § 17500 et seq. Violation].....................................................................................27

     J. ISSUE NO. 10:  Plaintiffs' 10th Cause of Action [For Cal. Civ. Code § 1750 Violation].....30

     K. ISSUE NO. 11:  Plaintiffs' 11th Cause of Action [For SEC Violations]. ...........33

     L. Issue No. 12:  Plaintiffs' 12 Cause of Action [For RICO Violation]...................36

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

**RESPONSE TO DEFENDANT'S SEPARATE STATEMENT**

**[BANKR.. E.D. Cal. L.R. 7056-1(b)]**

Pursuant to Bankr. E.D. Cal. L.R. 7056-1(b), Plaintiffs Daniel Major Edstrom and Teri Anne Edstrom submit this document with responses to Defendant NDeX West, LLC's ("NDeX") separate statement of undisputed material facts (individually "UDF No. ___"), together with references to supporting evidence, in support of its opposition to Defendants motion for summary judgment, or alternatively, partial summary judgment against Plaintiffs.

## I.    SUMMARY JUDGMENT.

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---------|---------------------------------------------------|----------------------------|
| 1. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." <u>Evidence</u>: RFJN Ex. 2. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Defendants RFJN to Ex. 2 |
| 2. | A Cal. Civ. Code 2923.5 affidavit accompanied the Notice of Default. <u>Evidence</u>: RFJN Ex 2 at 2. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Defendants RFJN to Ex. 2 |
| 3. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. <u>Evidence</u>: RFJN Ex. 5. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Defendants RFJN to Ex. 5 |
| 4. | The substitute trustee under the Deed of Trust is NDeX. <u>Evidence</u>: RFJN Ex. 3. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Defendants RFJN to Ex. 3 |
| 5. | NDeX was never Plaintiffs' loan servicer. <u>Evidence</u>: Juarez Decl. ¶ 4. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 6. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. <u>Evidence</u>: Juarez Decl. ¶ 5. | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 7. | NDeX was never Plaintiffs' loan broker. <u>Evidence</u>: Juarez Decl. ¶ 6 | Plaintiff disagrees <br> Evidence: Plaintiffs' opposition to |

| | | | Declaration of Ric Juarez |
|---|---|---|---|
| 8. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7 | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 9. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. II 8. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 10. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 11. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶10. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 12. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 13. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | | Plaintiff agrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 14. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan_<br>Evidence: Juarez Decl. ¶ 13. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 15. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 16. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶15. | | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | | Declaration of Ric Juarez |
|---|---|---|---|
| 1 | 17. | **With respect** to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee. Evidence: Juarez Decl. ¶ **16.** | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 18. | **As trustee,** NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters. Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 19. | NDeX cannot decide by itself to foreclose. Evidence: Juarez Decl. ¶ **18.** | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 20. | In conducting Plaintiffs' non judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 21. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| | 22. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| | 23. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend. Evidence: RFJN Ex. 8 at **1-2.** | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**II.    PARTIAL SUMMARY JUDGMENT.**

    A. ISSUE NO. 1:  Plaintiffs' 1st Cause of Action [to Quiet Title].

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 24. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 25. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: REIN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 26. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: REIN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 27. | The substitute trustee under the Deed of Trust is NDeX. Evidence: RF.TN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 28. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 29. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. II 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 30. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 31. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work" []for the benefit of Plaintiffs and in their particular best" (sic.)<br><br>Evidence:  Juarez Decl. ¶ 7 | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 32. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 33. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 119 | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 34. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 35. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 36. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 37. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 38. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 39. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br><br>Evidence: Juarez Decl. . ¶ 41115 | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 40. | With respect to Plaintiffs' loan, NDEX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br><br>Evidence:  Juarez Decl. . ¶ 16 | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to Declaration of Ric Juarez |
| 41. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. . ¶  1117. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to Declaration of Ric Juarez |
| 42. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to Declaration of Ric Juarez |
| 43. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to Declaration of Ric Juarez |
| 44. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to RFJN Ex. 7 |
| 45. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to RFJN Ex. 7 |
| 46. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence:  Plaintiffs'  opposition  to RFJN Ex. 8 |

**B. ISSUE NO. 2:  Plaintiffs' 2nd Cause of Action [For Temporary Restraining Order & Preliminary Injunction].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 47. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 48. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: REIN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 49. | **U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE** became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 50. | The substitute trustee under the Deed of Trust is NDeX. Evidence: RFJN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 51. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 52. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 53. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 54. | NDeX was not involved in Plaintiffs' loan origination_ It never promised Plaintiffs that it would "workH for the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 55. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation. Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 56. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 57. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 58. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶11 | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 59. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 60. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 61. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 62. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 63. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 64. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br><br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 65. | NDeX cannot decide by itself to foreclose. Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|-----|------------------------------------------------------------------------|-----------------------------------------------------------------------------------|
| 66. | In conducting Plaintiffs' non judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 67. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 68. | The Plaintiffs instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 69. | On April **18, 2012,** Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2' Amended Complaint were sustained without leave to amend. Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

## C. ISSUE NO. 3:  Plaintiff's 3rd Cause of Action [For Cal. Civ. Proc. Code § 2923.6 Violation].

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---------|-----------------------------------------------------|----------------------------|
| 70. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 71. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |

| 72. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July **15, 2009,** when the Assignment of Deed of Trust was recorded.<br>Evidence: RFJN Ex. 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
|---|---|---|
| 73. | The substitute trustee under the Deed of Trust is NDeX.<br>Evidence: RUNT Ex. 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 74. | NDeX was never Plaintiffs' loan servicer.<br>Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 75. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies.<br>Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 76. | NDeX was never Plaintiffs' loan broker.<br>Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 77. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 78. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 79. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl.¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 80. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| 81. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 82. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff disagrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 83. | **NDeX** is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 84. | **NDeX has no** legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 85. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 86. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 87. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 88. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 89. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 90. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 91. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 92. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**D. ISSUE NO. 4: Plaintiffs' 4th Cause of Action [For Fraud].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 93. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary."<br>Evidence: RFJN Ex. 2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 94. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default.<br>Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 95. | U.S. BANK NATIONAL ASSOCIATION AS TRUS'T'EE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded.<br>Evidence: RFJN Ex. 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 96. | The substitute trustee under the Deed of Trust is NDeX.<br>Evidence: RFJN Ex. 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 97. | NDeX was never Plaintiffs' loan servicer.<br>Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 98. | NDeX does not report Plaintiffs' default and non judicial foreclosure to credit reporting agencies.<br>Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| 99. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 100. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 101. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation. Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 102. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure. Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 103. | NDeX has never collected payments from Plaintiffs for his/her/their loan. Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 104. | NDeX has never received tender of the reinstatement amount from the Plaintiffs. Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 105. | NDeX has never entered into any contract with Plaintiffs. Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 106. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan. Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 107. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan. Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| 108. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 109. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ **16.** | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 110. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ **17.** | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 111. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 112. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 113. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: REIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 114. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: REIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 115. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: REIN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**E. ISSUE NO. 5:  Plaintiffs' 5th Cause of Action [For Declaratory Relief].**

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|---|
| | 116. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| | 117. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| | 118. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| | 119. | The substitute trustee under the Deed of Trust is NDeX. Evidence: RFJN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| | 120. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. 1 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 121. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 122. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| | 123. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 124. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 125. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 126. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 127. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 128. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 129. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 130. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 131. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 132. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| UDF No. | Moving Party's Undisputed Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 133. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters. Evidence: Juarez Decl. ¶ **17**. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 134. | NDeX cannot decide by itself to foreclose. Evidence: Juarez Decl. ¶ **18**. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 135. | In conducting Plaintiffs' non judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 136. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: REIN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 137. | The Plaintiffs instant 2' Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 138. | On April **18**, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2" Amended Complaint were sustained without leave to amend. Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**F. ISSUE NO. 6:  Plaintiffs' 6th Cause of Action [For Intentional Misrepresentation].**

| UDF No. | Moving Party's Undisputed Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 139. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the ... Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |

| | | |
|---|---|---|
| 140. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 141. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 142. | The substitute trustee under the Deed of Trust is NDeX. Evidence: RFJN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 143. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 144. | NDeX does not report Plaintiffs' default and non judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 145. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 146. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "workHfor the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 147. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation. Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 148. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9 | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 149. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 150. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 151. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 152. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 153. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 154. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 155. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 156. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17 | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 157. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 158. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 159. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 160. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 161. | On April **18**, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend. Evidence: REIN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**G. ISSUE NO. 7:  Plaintiffs' 7th Cause of Action [For Violation of the Rosenthal Fair Debt Collection Act].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 162. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the ... Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 163. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 164. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009 when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |

| 165. | The substitute trustee under the Deed of Trust is NDeX.<br>Evidence: REIN Ex. 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
|---|---|---|
| 166. | NDeX was never Plaintiffs' loan servicer.<br>Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 167. | NDeX does not report Plaintiffs' default and non judicial foreclosure to credit reporting agencies.<br>Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 168. | NDeX was never Plaintiffs' loan broker.<br>Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 169. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit<br>of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 170. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 171. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 172. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 173. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 174. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 175. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 176. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 177. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 178. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 179. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 180. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 181. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 182. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 183. | The Plaintiffs instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: REIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 184. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2" Amended Complaint were sustained without leave to amend. Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**H. ISSUE NO. 8:  Plaintiffs' 8th Cause of Action [For Cal. Bus. & Prof. Code § 17200 et seq. Violation].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 185. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 186. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 187. | U.S. BANK NATIONAL ASSOCIATION AS TRUS I EE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 188. | The substitute trustee under the Deed of Trust is NDeX. Evidence: USN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 189. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 190. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 191. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| | | |
|---|---|---|
| 192. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[] for the benefit of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 193. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 194. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 195. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 196. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 197. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 198. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 199. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 200. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| | | |
|---|---|---|
| 201. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 202. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 203. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ **18**. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 204. | In conducting Plaintiffs' non judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 205. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RF.TN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 206. | The Plaintiff's instant 2" Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: REIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 207. | On April **18, 2012,** Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: RFIN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**I. ISSUE NO. 9: Plaintiffs' 9th Cause of Action [For Cal. Bus. & Prof. Code § 17500 et seq. Violation].**

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 208. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the ... Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 209. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 210. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 211. | The substitute trustee under the Deed of Trust is NDeX. Evidence: RFJN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 212. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 213. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 214. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 215. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[] for the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS ISO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

| 216. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|------|------|------|
| 217. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 218. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 219. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 220. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 221. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 222. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 223. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 224. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 225. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters. Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|---|---|---|
| 226. | NDeX cannot decide by itself to foreclose. Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 227. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 228. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 229. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 230. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend. Evidence: REIN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**J. ISSUE NO. 10:   Plaintiffs' 10th Cause of Action [For Cal. Civ. Code § 1750 Violation].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 231. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |

| | | |
|---|---|---|
| 232. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 233. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 234. | The substitute trustee under the Deed of Trust is NDeX. Evidence: REIN Ex. 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 235. | NDeX was never Plaintiffs' loan servicer. Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 236. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies. Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 237. | NDeX was never Plaintiffs' loan broker. Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 238. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "workffor the benefit of Plaintiffs and in their particular best" (sic.) Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 239. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation. Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| | | |
|---|---|---|
| 240. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 241. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 1 0. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 242. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 243. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Dec1.¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 244. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 245. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 246. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 247. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 248. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 249. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

| 250. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer. Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
|------|------|------|
| 251. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 252. | The Plaintiffs instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc. Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 253. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend. Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

### K. ISSUE NO. 11:  Plaintiffs' 11th Cause of Action [For SEC Violations].

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|------|------|------|
| 254. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the … Beneficiary." Evidence: RFJN Ex. 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 255. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default. Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 256. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded. Evidence: RFJN Ex. 5. | Plaintiff disagrees Evidence: Plaintiffs' opposition to RFJN Ex. 5 |

| | | |
|---|---|---|
| 257. | The substitute trustee under the Deed of Trust is NDeX.<br>Evidence: RFJN Ex. 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 258. | NDeX was never Plaintiffs' loan servicer.<br>Evidence: Juarez Dec1. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 259. | NDeX does not report Plaintiffs' default and non-judicial foreclosure to credit reporting agencies.<br>Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 260. | NDeX was never Plaintiffs' loan broker.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 261. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 262. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 263. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 264. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Decl. ¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 265. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| 266. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
|------|---|---|
| 267. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 268. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ **14.** | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 269. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 270. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 271. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 272. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 273. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 274. | By withdrawing **all** state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RFIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 275. | The Plaintiffs instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: RFIN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |

| 276. | On April 18, 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

**L. Issue No. 12:  Plaintiffs' 12 Cause of Action [For RICO Violation].**

| UDF No. | Moving Party's Undisputed Material Facts & Evidence | Opposing Party's Responses |
|---|---|---|
| 277. | Defendant NDeX West, LLC ("NDeX") recorded the Notice of Default on December 23, 2008 as the "[a]gent for the ... Beneficiary."<br>Evidence: RFJN Ex. 2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 278. | A Cal. Civ. Code §2923.5 affidavit accompanied the Notice of Default.<br>Evidence: RFJN Ex. 2 at 2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 2 |
| 279. | U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE became the assignee/beneficiary of record on July 15, 2009, when the Assignment of Deed of Trust was recorded.<br>Evidence: RFJN Ex. 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 5 |
| 280. | The substitute trustee under the Deed of Trust is NDeX.<br>Evidence: RFJN Ex. 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 3 |
| 281. | NDeX was never Plaintiffs' loan servicer.<br>Evidence: Juarez Decl. ¶ 4. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 282. | NDeX does not report Plaintiffs' default and non judicial foreclosure to credit reporting agencies.<br>Evidence: Juarez Decl. ¶ 5. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 283. | NDeX was never Plaintiffs' loan broker.<br>Evidence: Juarez Decl. ¶ 6. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| | | |
|---|---|---|
| 284. | NDeX was not involved in Plaintiffs' loan origination. It never promised Plaintiffs that it would "work[]for the benefit of Plaintiffs and in their particular best" (sic.)<br>Evidence: Juarez Decl. ¶ 7. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 285. | NDeX received Plaintiffs' foreclosure referral in December 2008. The referral information included the deed of trust, reinstatement amount, Plaintiffs' addresses and instructions. It did not include receipt of the Plaintiffs' underlying loan origination file and loan origination documentation.<br>Evidence: Juarez Decl. ¶ 8. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 286. | If there was fraud involved in Plaintiffs' loan transaction, NDeX had no way of determining it because NDeX was not provided loan origination documentation to conduct the nonjudicial foreclosure.<br>Evidence: Juarez Decl. ¶ 9. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 287. | NDeX has never collected payments from Plaintiffs for his/her/their loan.<br>Evidence: Juarez Dec1.¶ 10. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 288. | NDeX has never received tender of the reinstatement amount from the Plaintiffs.<br>Evidence: Juarez Decl. ¶ 11. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 289. | NDeX has never entered into any contract with Plaintiffs.<br>Evidence: Juarez Decl. ¶ 12. | Plaintiff agrees<br>Evidence: Declaration of Daniel Major Edstrom and Declaration of Teri Anne Edstrom |
| 290. | NDeX is not the beneficiary of the Deed of Trust securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 13. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 291. | NDeX has no legal or equitable interest in the real property securing Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 14. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 292. | NDeX has never made any offer to Plaintiffs to modify Plaintiffs' loan.<br>Evidence: Juarez Decl. ¶ 15. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |

| | | |
|---|---|---|
| 293. | With respect to Plaintiffs' loan, NDeX acts only as a limited signatory agent to sign & record the Notice of Default and as foreclosure trustee.<br>Evidence: Juarez Decl. ¶ 16. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 294. | As trustee, NDeX receives its instructions directly from the loan servicer on whether and how to proceed with foreclosure matters.<br>Evidence: Juarez Decl. ¶ 17. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 295. | NDeX cannot decide by itself to foreclose.<br>Evidence: Juarez Decl. ¶ 18. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 296. | In conducting Plaintiffs' non-judicial foreclosure, NDeX relies, on good faith, on information provided by the loan servicer.<br>Evidence: Juarez Decl. ¶ 19. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to Declaration of Ric Juarez |
| 297. | By withdrawing all state law causes of action in the removed federal action, Plaintiffs effectively conceded that said causes of action were without merit and subject to dismissal by the U.S. District Court.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 298. | The Plaintiff's instant 2nd Amended Complaint is barred by the doctrine of Res Judicata as against defendant Mortgage Electronic Registration Systems, Inc.<br>Evidence: RFJN Ex. 7 at 3. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 7 |
| 299. | On April **18,** 2012, Broker-defendants First Priority Financial, Inc. and Brent Stagg's demurrers to the 2nd Amended Complaint were sustained without leave to amend.<br>Evidence: RFJN Ex. 8 at 1-2. | Plaintiff disagrees<br>Evidence: Plaintiffs' opposition to RFJN Ex. 8 |

Dated this 13th day of March, 2013

 /s/ Daniel Edstrom
DANIEL EDSTROM,
Plaintiff and Debtor-in-possession

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT

/s/ Teri Edstrom
TERI EDSTROM,
Plaintiff

PLAINTIFFS RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED
MATERIAL FACTS ISO DEFFENDANTS MOTION FOR SUMMARY JUDGMENT