

```
 1  DANIEL MAJOR EDSTROM
 2  2690 BROWN BEAR COURT
    COOL, CA  95614
 3  TEL:  916/207-6706 | FAX:  888/552-2503
    Plaintiff and Debtor-in-Possession
 4
 5  TERI ANNE EDSTROM
    935 LINCOLN WAY #213
 6  AUBURN CA, 95603
    TEL: 916/207-4412
 7  Plaintiff
```

FILED

MAR 1 3 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>    Debtor-in-possession.<br><br>DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br>    Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company, et al<br><br>    Defendants. | CASE NO. 12-29353<br>CHAPTER 11<br>DC NO. DME-1<br>A.P. NO. 12-02546-B<br><br>**PROOF OF SERVICE**<br><br>Hearing:<br>Date: March 19, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

## DECLARATION OF SERVICE

Case Name and Number:

    In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, David Silber, declare:

    I am not a party to this action, and my employment address is:

    240 Commercial Street, Suite A, Nevada City, CA  95959

-1-

On 3/13/2013, I served:
1. AMENDED NOTICE AND PLAINTIFFS OPPOSITION TO MOTION OF DEFENDANT NDEX WEST, LLC FOR SUMMARY JUDGMENT;
2. PLAINTIFFS AMENDED OPPOSITION AND OBJECTION TO DEFENDANT NDEX WEST, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT;
3. PLAINTIFFS AMENDED EVIDENTIARY OBJECTIONS TO DEFENDANTS DECLARATION & REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT;
4. PLAINTIFFS AMENDED RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT;
5. PLAINTIFFS AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT;
6. THE AMENDED DECLARATION OF DANIEL MAJOR EDSTROM IN SUPPORT;
7. PLAINTIFFS' AMENDED OBJECTION TO DECLARATION OF RIC JUAREZ;
8. TABLE OF CONTENTS AND AUTHORITIES FOR MEMORANDUM OF POINTS & AUTHORITIES;
9. AMENDMENT 2 - MEMORANDUM OF POINTS & AUTHORITIES;
10. PLAINTIFFS AMENDMENT 2 - SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT;
11. PLAINTIFFS AMENDED JOINT DECLARATION IN SUPPORT OF PLAINTIFFS AMENDED OPPOSITION TO DEFENDANT NDEX WEST, LLC's MOTION FOR SUMMARY JUDGMENT;
12. PLAINTIFFS' JOINT DECLARATION IN SUPPORT OF PLAINTIFF'S AMENDMENTS FILED ON MARCH 13, 2013;

on the parties in this action, by transmitting a true and correct copy of the foregoing document(s) in the following manner:

_____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

_____ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with [name of express carrier], for overnight delivery with delivery fees fully prepaid, addressed as follows:

-2-
PROOF OF SERVICE
In re Daniel Major Edstrom: Case No. 12-29353-B-11 and Edstrom v. NDeX: A.P. No. 12-02546-B

1  __XX__ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents to be transmitted by electronic email device with from email address dsdocserve@gmail.com this same date to the offices of the following:

*see attached listing*

_____ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

_____ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following:

I, David Silber, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/13/2013

By: _____
David Silber

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765
Email: ThomasA@BDFGroup.com