(4)

DANIEL MAJOR EDSTROM
2690 BROWN BEAR COURT
COOL, CA 95614
TEL: 916/207-6706 | FAX: 888/552-2503
Plaintiff and Debtor-in-Possession

TERI ANNE EDSTROM
935 LINCOLN WAY #213
AUBURN CA, 95603
TEL: 916/207-4412
Plaintiff

FILED
MAR 14 2013
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| In re DANIEL MAJOR EDSTROM,<br><br>Debtor-in-possession. | CASE NO. 12-29353<br>CHAPTER 11<br>DC NO. DME-1<br>A.P. NO. 12-02546-B |
| DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br>Plaintiffs,<br><br>v.<br><br>NDEX WEST, LLC, a Delaware limited liability company, et al<br><br>Defendants. | **PROOF OF SERVICE**<br><br>Hearing:<br>Date: March 19, 2013<br>Time: 9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

DECLARATION OF SERVICE

Case Name and Number:

In re DANIEL MAJOR EDSTROM, Case No. 12-29353-B-11,

I, James Macklin declare:

I am not a party to this action, and my employment address is:

935 Lincoln Way #303, Auburn, Ca., 95603

On 3/13/2013, the following documents were served or service was attempted:

1. **AMENDED NOTICE AND PLAINTIFFS OPPOSITION TO MOTION OF DEFENDANT NDEX WEST, LLC FOR SUMMARY JUDGMENT;**
2. **PLAINTIFFS AMENDED OPPOSITION AND OBJECTION TO DEFENDANT NDEX WEST, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT;**
3. **PLAINTIFFS AMENDED EVIDENTIARY OBJECTIONS TO DEFENDANTS DECLARATION & REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT;**
4. **PLAINTIFFS AMENDED RESPONSE TO DEFENDANTS SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS MOTION FOR SUMMARY JUDGMENT;**
5. **PLAINTIFFS AMENDED REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT;**
6. **THE AMENDED DECLARATION OF DANIEL MAJOR EDSTROM IN SUPPORT;**
7. **PLAINTIFFS' AMENDED OBJECTION TO DECLARATION OF RIC JUAREZ;**
8. **TABLE OF CONTENTS AND AUTHORITIES FOR MEMORANDUM OF POINTS & AUTHORITIES;**
9. **AMENDMENT 2 - MEMORANDUM OF POINTS & AUTHORITIES;**
10. **PLAINTIFFS AMENDMENT 2 - SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT;**
11. **PLAINTIFFS AMENDED JOINT DECLARATION IN SUPPORT OF PLAINTIFFS AMENDED OPPOSITION TO DEFENDANT NDEX WEST, LLC's MOTION FOR SUMMARY JUDGMENT;**
12. **PLAINTIFFS' JOINT DECLARATION IN SUPPORT OF PLAINTIFF'S AMENDMENTS FILED ON MARCH 13, 2013;**

on the parties in this action. However, the following document delivery failed using electronic delivery from dsdocserve@gmail.com:

6. **PORTIONS OF THE AMENDED DECLARATION OF DANIEL MAJOR EDSTROM IN SUPPORT (SPECIFICALLY BATES NUMBERS 1171 TO 1466);**
7. **PLAINTIFFS' AMENDED OBJECTION TO DECLARATION OF RIC JUAREZ;**
8. **TABLE OF CONTENTS AND AUTHORITIES FOR MEMORANDUM OF POINTS & AUTHORITIES;**
9. **AMENDMENT 2 - MEMORANDUM OF POINTS & AUTHORITIES;**
10. **PLAINTIFFS AMENDMENT 2 - SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT;**
11. **PLAINTIFFS AMENDED JOINT DECLARATION IN SUPPORT OF PLAINTIFFS AMENDED OPPOSITION TO DEFENDANT NDEX WEST, LLC's MOTION FOR SUMMARY JUDGMENT;**
12. **PLAINTIFFS' JOINT DECLARATION IN SUPPORT OF PLAINTIFF'S AMENDMENTS FILED ON MARCH 13, 2013;**

On March 14, 2013, I served the immediately preceding 7 items on the parties in this action, by transmitting a true and correct copy of these document(s) in the following manner:

____ (BY MAIL) I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service, and that I caused each of the above document(s) to be placed in a sealed envelope, with first class postage thereon fully prepaid, and deposited with the United States Postal Service this same day in the ordinary course of business at my place of employment, addressed as follows:

__XX_ (BY OVERNIGHT DELIVERY) I caused each of the above document(s) to be placed in a sealed envelope for use designated by and deposited with Fedex, for overnight delivery with delivery fees fully prepaid, addressed as follows:

**see attached listing**

______ (BY ELECTRONIC E-MAIL TRANSMISSION) I caused each of the above documents to be transmitted by electronic email device with from email address dsdocserve@gmail.com this same date to the offices of the following:

______ (BY PERSONAL SERVICE) I caused to have delivered, via messenger, this date, each of the above documents, sealed in an envelope, to the offices of the following:

______ (BY FACSIMILE TRANSMISSION) I caused each of the above documents to be transmitted by facsimile device this same date to the offices of the following:

I, James Macklin, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 3/14/2013

By: ______________________________

Declarant Name and Signature

Barrett Daffin Frappier Treder & Weiss, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765