| | |
|---|---|
| 1 | THOMAS K. AGAWA |
| 2 | State Bar No. 175952 |
| | DARLENE C. VIGIL |
| 3 | State Bar No. 223442 |
| | BARRETT DAFFIN FRAPPIER |
| 4 | TREDER & WEISS, LLP |
| | 20955 Pathfinder Road, Suite 300 |
| 5 | Diamond Bar, California 91765 |
| | Tel:  (626) 371-7032 |
| 6 | Email: ThomasA@BDFGroup.com |
| | Email:  edcaecf@BDFGroup.com |
| 7 | Attorneys for Defendant NDEX WEST, LLC |

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MAJOR EDSTROM,<br><br>Debtor, | CASE NO.:   12-29353-B-11<br>CHAPTER:   11 |
| ——————————————<br>DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual,<br>Plaintiffs,<br>v.<br>NDEX WEST, LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY, a division of Wells Fargo Home Mortgage; U.S. BANK NATIONAL ASSOCIATION; RESIDENTIAL FUNDING COMPANY LLC; GMAC RESCAP, a wholly owned subsidiary of GMAC Financial Services; GMAC LLC; ALLY BANK fka GMAC Bank; RESIDENTIAL ASSET SECURITIES CORPORATION RASC SERIES 2006-EMX4 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); FIRST PRIORITY FINANCIAL, INC. a California corporation and BRENT STAGG, an Individual; and DOES 1-10,000,<br>Defendants. | A.P. No.    12-02546-B<br>DC NO.:    EAT-001<br><br>**DEFENDANT NDEX WEST, LLC'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056, FED. R. CIV. P. 56(b), (d) (1)**<br><br>[Concurrently Filed & Served With: (1 Reply (Suppl.); (2 COS, 3) Exs.]<br><br>Continued Hearing:<br>Date:  April 16, 2013<br>Time:  9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |

DEFENDANT NDEX WEST, LLC'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN
SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P.
7056, FED. R. CIV. P. 56(b), (d) (1)
Case No. 12-29353-B-11/Adv. No. 12-02546

1

TO THE HONORABLE THOMAS C. HOLMAN, UNITED STATES BANKRUPTCY COURT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA AND TO ALL INTERESTED PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

Pursuant to Federal Rule of Evidence 201(b), (d), defendant NDeX WEST, LLC, hereby requests that this Court take judicial notice of the following supplemental exhibits, true and correct copies of which are attached to the Exhibit document filed concurrently herewith and incorporated herein by this notice.  See Pratt v. Kelly, 585 F.2d 692 (D. Va. 1978) (deed); Grant v. Aurora Loan Services, 736 F.Supp.2d 1257 (C.D. Cal. 2010) (trustee's deed); and see generally In re Indian Palms Assoc., 61 F.3d 197, 205 (3d Cir. 1995) (a court may take judicial notice of any adjudicative fact not subject to dispute); Smith v. Duncan, 274 F.3d 1245, as amended and superseded 297 F.3d 809 (9th Cir. 2001).

The grounds are that: such documents are records of the California Superior Court, are not subject to reasonable dispute and are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned  within the meaning of Fed. R. Evid. Code 201(b) (2).

| Ex. No. | Description |
|---|---|
| 10 | California Superior Court – Tentative Ruling (11/03/2011) [case no. PC20100352]. |
| 11 | NOTICE OF ENTRY OF JUDGMENT OR ORDER (03/29/2012) [case no. PC20100352]. |
| 12 | ORDER (09/17/2012) [U.S. Dist. Ct. E.D. Cal. case no. CIV S-10-0105 KJM-CKD]. |

| | |
|---|---|
| Dated: April 9, 2013 | BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP |
| | By: s/Darlene C. Vigil<br>   EDWARD A. TREDER<br>   THOMAS K. AGAWA<br>   DARLENE C. VIGIL<br>   Attorneys for Defendant NDeX WEST, LLC |

DEFENDANT NDEX WEST, LLC'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056, FED. R. CIV. P. 56(b), (d) (1)
Case No. 12-29353-B-11/Adv. No. 12-02546

3