| | |
|---|---|
| 1 | 3    THOMAS K. AGAWA |
| 2 |      State Bar No. 175952 |
|   |      DARLENE C. VIGIL |
| 3 |      State Bar No. 223442 |
|   |      BARRETT DAFFIN FRAPPIER |
| 4 |      TREDER & WEISS, LLP |
|   |      20955 Pathfinder Road, Suite 300 |
| 5 |      Diamond Bar, California 91765 |
|   |      Tel:  (626) 371-7032 |
| 6 |      Email: ThomasA@BDFGroup.com |
|   |      Email:  edcaecf@BDFGroup.com |
| 7 | Attorneys for Defendant NDEX WEST, LLC |

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| DANIEL MAJOR EDSTROM, | CASE NO.:   12-29353-B-11 |
| Debtor, | CHAPTER:   11 |
| | A.P. No.    12-02546-B |
| DANIEL MAJOR EDSTROM, an individual, and TERI ANNE EDSTROM, an individual, | DC NO.:     EAT-001 |
| | **CERTIFICATION OF SERVICE** |
| Plaintiffs,<br>v. | [Concurrently Filed & Served With: (1 Reply (Suppl.), (2 RFJN (Suppl.), 3) Exs.] |
| NDEX WEST, LLC, a Delaware limited liability company; WELLS FARGO BANK, N.A.; AMERICA'S SERVICING COMPANY, a division of Wells Fargo Home Mortgage; U.S. BANK NATIONAL ASSOCIATION; RESIDENTIAL FUNDING COMPANY LLC; GMAC RESCAP, a wholly owned subsidiary of GMAC Financial Services; GMAC LLC; ALLY BANK fka GMAC Bank; RESIDENTIAL ASSET SECURITIES CORPORATION RASC SERIES 2006-EMX4 TRUST; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS); FIRST PRIORITY FINANCIAL, INC. a California corporation and BRENT STAGG, an Individual; and DOES 1-10,000, | <u>Continued Hearing:</u><br>Date:  April 16, 2013<br>Time:  9:32 a.m.<br>Ctrm.: 32<br>Hon. Thomas C. Holman<br>501 I Street, 6th Floor, Sacramento, California 95814, Tel.: (916) 930-4473 |
| Defendants. | |

TO ALL INTERESTED PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

I, Darlene C. Vigil, the undersigned, whose address appears above, certify:

That I am at all times hereinafter mentioned was, over the age of eighteen and not a party to this adversary proceeding. My business address is: 20955 Pathfinder Road, Suite 300, Diamond Bar, California 91765.

That on April 9, 2013, I caused to be served true and correct copies of:

- DEFENDANT NDEX WEST, LLC'S SUPPLEMENTAL REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056, FED. R. CIV. P. 56(b), (d) (1),

- CERTIFICATION OF SERVICE,

- EXHIBITS 10-12 IN SUPPORT OF DEFENDANT NDEX WEST, LLC'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056, FED. R. CIV. P. 56(b), (d) (1),

- NDeX WEST, LLC'S SUPPLEMENTAL MEMORANDUM OF POINTS & AUTHORITIES IN REPLY TO PLAINTIFFS' RESTATED OPPOSITION & MEMORANDUM TO ITS MOTION FOR SUMMARY JUDGMENT PURSUANT TO FED. R. BANKR. P. 7056, FED. R. CIV. P. 56(b), (d) (1),

on all interested parties in said case by NEF and mail (on April 10, 2013) as follows:

Plaintiff, In Pro Se
Daniel Major Edstrom
2690 Brown Bear Ct.
Cool, CA 95614

Plaintiff, In Pro Se
Teri Anne Edstrom
935 Lincoln Way
Auburn, CA 95603

Hon. Thomas Holman
U.S. Bankruptcy Court
501 I Street, 6th Street
Courtroom 32
Sacramento, CA 95814

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3
4  Dated: April 9, 2013                    BARRETT DAFFIN FRAPPIER
                                           TREDER & WEISS, LLP
5
6                                          By:   /s/Darlene C. Vigil
7                                                EDWARD A. TREDER
                                                 THOMAS K. AGAWA
8                                                DARLENE C. VIGIL
                                           Attorneys for Defendant NDeX WEST, LLC
9