# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom et al v. NDEX West, LLC et al | **Case No :** | 12–29353 – B – 11 |
| | | **Adv No :** | 12–02546 – B |
| | | **Date :** | 4/16/13 |
| | | **Time :** | 9:32 |
| **Matter :** | [31] – Motion/Application For Summary Judgment [EAT–1] Filed by Defendant NDEX West, LLC (lars) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**
    Plaintiff – Daniel Major Edstrom
    Plaintiff – Terry Edstrom

HEARING CONTINUED TO: 4/30/13 at 09:32 AM

Plaintiff's update due on or before April 23, 2013.