EDC.003–075  Court's Certificate of Mailing (v.8.11)                                    USBC,EDCA

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of California**

## COURT'S CERTIFICATE OF MAILING

| | |
|---|---|
| In re<br><br>Daniel Major Edstrom<br><br>                                                Debtor(s). | **FILED**<br><br>**5/2/13** |
| Daniel Major Edstrom<br>et al.<br><br>                                                Plaintiff(s),<br><br>v.<br><br>NDEX West, LLC<br>et al.<br><br>                                                Defendant(s). | **Bankruptcy Case No.**<br><br>12–29353 – B – 11<br><br><br>**Adversary Proceeding No.**<br><br>12–02546 – B |

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

**[119] – Order to Show Cause Show Cause hearing to be held on 6/4/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (ltas)**

were sent today by regular, first class United States mail to the following persons/entities:

Daniel Major Edstrom
2690 Brown Bear Ct
Cool, CA 95614

Teri Anne Edstrom
935 Lincoln Way
Auburn, CA 95603

Edward A. Treder, Thomas Agawa, Darlene C. Vigil
20955 Pathfinder Rd #300
Diamond Bar, CA 91765

Dated:   5/2/13                                FOR THE COURT
                                               Wayne Blackwelder Clerk,
                                               BY: ltas , Deputy Clerk
                                               U.S. Bankruptcy Court
                                               Robert T Matsui United States Courthouse
                                               501 I Street, Suite 3–200
                                               Sacramento, CA 95814
                                               (916) 930–4400