# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom et al v. NDEX West, LLC et al | **Case No :** | 12–29353 – B – 11 |
| | | **Adv No :** | 12–02546 – B |
| | | **Date :** | 6/4/13 |
| | | **Time :** | 9:30 |
| **Matter :** | [119] – Order to Show Cause Show Cause hearing to be held on 6/4/2013 at 09:30 AM at Sacramento Courtroom 32, Department B (ltas) | | |
| **Judge :** | Thomas Holman | | |
| **Courtroom Deputy :** | Sheryl Arnold | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | B | | |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

CIVIL MINUTE ORDER

The matter was unopposed. The court made the following ruling without findings.

IT IS ORDERED that pursuant to the order to show cause, this adversary proceeding is remanded to El Dorado County Superior Court.

Dated: June 10, 2013

/s/ Thomas C. Holman
Thomas C. Holman
United States Bankruptcy Judge