FORM L19 Notice of Entry of Order/Judgment in an Adversary Proceeding (v.1.07)        12−02546 − B



**UNITED STATES BANKRUPTCY COURT**
Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM

**FILED**

**6/10/13**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

ltas

## NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| In re<br><br>Daniel Major Edstrom<br><br>                                             Debtor(s). | **Bankruptcy Case No.**<br><br>12−29353 − B − 11 |
|---|---|
| Daniel Major Edstrom<br>et al.<br><br>                                             Plaintiff(s),<br><br>v.<br>NDEX West, LLC<br>et al.<br><br>                                             Defendant(s). | **Adversary Proceeding No.**<br><br>12−02546 − B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on June 10, 2013. The document number and docket text for this order/judgment are set forth below.

   **[123] − Civil Minute Order Remanding Adversary Proceeding to El Dorado County Superior Court (ltas)**

Dated:
6/10/13

For the Court,
Wayne Blackwelder , Clerk