**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA**

Itas **FILED**

JUN 1 0 2013

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re Daniel Major Edstrom )
)
) Bankruptcy Case No. 2012-29353
)
Debtor(s). )
Daniel Major Edstrom & )
Teri Anne Edstrom )
)
Plaintiff(s), )
v. ) Adversary Proceeding No. 2012-02546
NDEX West, LLC, et al. )
)
)
Defendant(s). )

**COURT'S CERTIFICATE OF MAILING**

The deputy clerk of U.S. Bankruptcy Court for the Eastern District of California whose name appears below hereby certifies that copies of the

Docket Report and Order Remanding Adversary to El Dorado County Superior Court

were sent today by regular, first class United States mail to the following persons/entities:

El Dorado County Superior
Court
3321 Cameron Park Dr
Cameron Park CA 95682

Dated: 06/10/13

_____
Deputy Clerk       Lindsey Taylor
U.S. Bankruptcy Court
501 I Street, Suite 3-200
Sacramento, CA 95814-2322
(916) 930-4400

EDC 3-075 (New 8/11)