United States Bankruptcy Court
Eastern District of California

Edstrom,
      Plaintiff

Adv. Proc. No. 12-02546-B

NDEX West, LLC,
      Defendant

## CERTIFICATE OF NOTICE

District/off: 0972-2         User: ltas           Page 1 of 2           Date Rcvd: Jun 10, 2013
                             Form ID: L19         Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2013.
```
aty          +Christopher A. Carr,    199 South Los Robles Ave #600,    Pasadena, CA 91101-2459
aty          +Edward A. Treder,    20955 Pathfinder Road, Ste 300,    Diamond Bar, CA 91765-4029
aty          +Kenneth A. Franklin,    199 S Los Robles Ave #600,    Pasadena, CA 91101-2459
aty           Kim Alexander Kane,    1 Market, Spear Street Tower,    San Francisco, CA  94105
aty           Matthew J. Poole,    1 Market, Spear Street Tower,    San Francisco, CA  94105
aty          +Raymond H. Cho,    1 Embarcadero Center #2600,    San Francisco, CA 94111-3715
aty          +Robert M. Brochin,    200 S Biscayne Blvd #5300,    Miami, FL 33131-2333
aty          +Thomas Agawa,    20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
pla          +Daniel Major Edstrom,    2690 Brown Bear Ct,    Cool, CA 95614-2413
pla          +Teri Anne Edstrom,    935 Lincoln Way,    Auburn, CA 95603-5250
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty          +E-mail/Text: CDCAECF@BDFTW.COM Jun 11 2013 04:05:25     Darlene C. Vigil,
               20955 Pathfinder Rd #300,    Diamond Bar, CA 91765-4029
                                                                                              TOTAL: 1
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 12, 2013**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0972-2           User: ltas                  Page 2 of 2                   Date Rcvd: Jun 10, 2013
                               Form ID: L19                Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2013 at the address(es) listed below:
NONE.                                                                                              TOTAL: 0

| FORM L19 Notice of Entry of Order/Judgment in an Adversary Proceeding (v.1.07) | | 12–02546 – B |
|---|---|---|
|  | UNITED STATES BANKRUPTCY COURT<br>Eastern District of California<br><br>**Robert T Matsui United States Courthouse**<br>**501 I Street, Suite 3–200**<br>**Sacramento, CA 95814**<br><br>(916) 930–4400<br>www.caeb.uscourts.gov<br>M–F 9:00 AM – 4:00 PM | **FILED**<br><br>**6/10/13**<br><br>CLERK, U.S. BANKRUPTCY COURT<br>EASTERN DISTRICT OF CALIFORNIA<br><br>ltas |

# NOTICE OF ENTRY OF ORDER/JUDGMENT IN AN ADVERSARY PROCEEDING

| In re<br><br>Daniel Major Edstrom<br><br>                                                Debtor(s). | **Bankruptcy Case No.**<br><br>12–29353 – B – 11 |
|---|---|
| Daniel Major Edstrom<br>et al.<br><br>                                                Plaintiff(s),<br><br>v.<br>NDEX West, LLC<br>et al.<br><br>                                                Defendant(s). | **Adversary Proceeding No.**<br><br>12–02546 – B |

**NOTICE IS HEREBY GIVEN THAT:**

An order/judgment was entered on the docket in this adversary proceeding on June 10, 2013. The document number and docket text for this order/judgment are set forth below.

**[123] – Civil Minute Order Remanding Adversary Proceeding to El Dorado County Superior Court (ltas)**

Dated:  
6/10/13

For the Court,  
Wayne Blackwelder , Clerk