# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Adversary Title :** | Edstrom et al v. NDEX West, LLC et al | **Case No :** | **12–29353 – B – 11** |
| | | **Adv No :** | **12–02546 – B** |
| | | **Date :** | 6/19/13 |
| | | **Time :** | 11:00 |

| | |
|---|---|
| **Matter :** | Pre–Trial Conference – [1] – Adversary case 12–02546. (01 (Determination of removed claim or cause)),(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))),(72 (Injunctive relief – other)),(91 (Declaratory judgment)) : Notice of Removal by Daniel Major Edstrom, Teri Anne Edstrom against NDEX West, LLC, Wells Fargo Bank, N.A., America's Servicing Company, U.S. Bank National Association, Residential Funding Company LLC, GMAC Rescap, GMAC LLC, Ally Bank, Residential Asset Securities Corporation, RASC Series 2006–EMX4 Trust, Mortgage Electronic Registration Systems, First Priority Financial, Inc., Brent Stagg. Fee Amount of $293.00 is Exempt. (pdes) |
| **Judge :** | Thomas Holman |
| **Courtroom Deputy :** | Sheryl Arnold |
| **Reporter :** | Diamond Reporters |
| **Department :** | B |

**APPEARANCES for :**
**Movant(s) :**
**Respondent(s) :**

PRE–TRIAL CONFERENCE was:
Dropped from calendar

This matter remanded to El Dorado County Superior Court pursuant to Minute Order entered June 10, 2013 (Dkt. 123).